**SOUTHLAND FARMS, INC.,**
Plaintiff–Appellant,

v.

**CIBA–GEIGY CORPORATION,**
Defendant–Appellee.

No. 89–7730.

United States Court of Appeals,
Eleventh Circuit.

April 30, 1991.

Bayless E. Biles, Taylor D. Wilkins, Jr., Wilkins, Bankester, Biles & Wynne, Bay Minette, Ala., for plaintiff-appellant.

William W. Watts, III, W. Dewitt Reams, Victor T. Hudson, Reams, Vollmer, Philips, Killion, Brooks & Schell, Mobile, Ala., for defendant-appellee.

Before HATCHETT, Circuit Judge, RONEY * and FAIRCHILD **, Senior Circuit Judges.

---

\* *See* Rule 34–2(b), Rules of the U.S. Court of Appeals for the Eleventh Circuit.

\*\* Honorable Thomas E. Fairchild, Senior U.S. Circuit Judge for the Seventh Circuit, sitting by designation.

HATCHETT, Circuit Judge:

This court certified this case to the Supreme Court of Alabama requesting that Court to answer the following question:

Whether the disclaimer on Ciba–Geigy's product is unconscionable and precludes the recovery of consequential damages.

The Alabama Supreme Court has held that the disclaimer precludes the recovery of consequential damages. *Southland Farms, Inc. v. Ciba–Geigy Corp.*, 575 So.2d 1077 (1991).

In light of the Supreme Court of Alabama's decision and for the reasons stated therein, the district court's decision is affirmed.

AFFIRMED.